UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>JENNIFER DIEGUEZ,<br><br>　　　　　　Defendants. | CASE NO. 3:22-cv-05305-DGE<br><br>ORDER OF DISMISSAL |

　　　On September 26, 2022, Plaintiff Lincoln Benefit Life Company filed a Notice of Voluntary Dismissal of its case under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Dkt. No. 12.)  Pursuant to Plaintiff's request to voluntarily dismiss, the Court ORDERS that this case is dismissed without prejudice in its entirety.

　　　Dated this 28th day of September 2022.

　　　　　　　　　　　　　　　　　　　David G. Estudillo
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1